# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

> Case No.: 17−33870−VFP
> Chapter: 13
> Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Awni Elias | Nahieh Elias |
| 23 Barbour St | 23 Barbour St |
| Haledon, NJ 07508 | Haledon, NJ 07508 |

Social Security No.:
   xxx−xx−6815                                           xxx−xx−8742

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on December 20, 2017.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: December 20, 2017
JAN: jf

                                                                    Jeanne Naughton
                                                                    Clerk

```
                            United States Bankruptcy Court
                                  District of New Jersey

In re:                                                          Case No. 17-33870-VFP
Awni Elias                                                      Chapter 13
Nahieh Elias
        Debtors                       CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                  Page 1 of 2          Date Rcvd: Dec 20, 2017
                              Form ID: 148                 Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2017.
db/jdb         +Awni Elias,    Nahieh Elias,    23 Barbour St,    Haledon, NJ 07508-1448
517197252      +CHASE AUTO,    PO BOX 901003,    FT WORTH, TX 76101-2003
517197275      +FNB OMAHA,    PO BOX 3412,    OMAHA, NE 68103-0412
517197276      +KML Law Group, P.C.,    701 Market Street,    Philadelphia, PA 19106-1538
517197278       RAYMOUR FLA,    CSCL DISPUTE TEAM N8235-04M,    DES MOINES, IA 50306
517197279       RYMR&FLNIGN,    CSCL DISPUTE TEAM N8235-04M,    DES MOINES, IA 50306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 20 2017 21:48:41     U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 20 2017 21:48:40     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517197244      +EDI: GMACFS.COM Dec 20 2017 21:43:00     ALLY FINANCIAL,   200 RENAISSANCE CTR,
                 DETROIT, MI 48243-1300
517197246      +EDI: AMEREXPR.COM Dec 20 2017 21:43:00     AMEX,   PO BOX 297871,
                 FORT LAUDERDALE, FL 33329-7871
517197247       EDI: BANKAMER.COM Dec 20 2017 21:43:00     BANKAMERICA,   PO BOX 982238,   EL PASO, TX 79998
517197248      +EDI: CAPITALONE.COM Dec 20 2017 21:43:00     CAPITAL ONE,   PO BOX 30253,
                 SALT LAKE CITY, UT 84130-0253
517197251      +E-mail/Text: bankruptcy@cavps.com Dec 20 2017 21:48:45     CAVALRY PORT,   PO BOX 27288,
                 TEMPE, AZ 85285-7288
517197253      +EDI: CHASE.COM Dec 20 2017 21:43:00     CHASE CARD,   PO BOX 15298,   WILMINGTON, DE 19850-5298
517197265      +EDI: CHASE.COM Dec 20 2017 21:43:00     CHASE-TOYRUS,   PO BOX 15298,
                 WILMINGTON, DE 19850-5298
517197266      +EDI: CITICORP.COM Dec 20 2017 21:43:00     CITI,   PO BOX 6241,   SIOUX FALLS, SD 57117-6241
517197269      +EDI: WFNNB.COM Dec 20 2017 21:43:00     COMENITY BANK/EXPRESS,   PO BOX 182789,
                 COLUMBUS, OH 43218-2789
517197297       EDI: RCSDELL.COM Dec 20 2017 21:43:00     WEBBANK/DFS,   1 DELL WAY,   ROUND ROCK, TX 78682
517197270      +EDI: DISCOVER.COM Dec 20 2017 21:43:00     DISCOVER FIN SVCS LLC,   PO BOX 15316,
                 WILMINGTON, DE 19850-5316
517197272       EDI: DISCOVER.COM Dec 20 2017 21:43:00     DISCOVERBANK,   PO BOX 15316,   WILMINGTON, DE 19850
517197273      +EDI: TSYS2.COM Dec 20 2017 21:43:00     DSNB MACYS,   PO BOX 8218,   MASON, OH 45040-8218
517214599       EDI: DISCOVER.COM Dec 20 2017 21:43:00     Discover Bank,   Discover Products Inc,
                 PO Box 3025,    New Albany, OH  43054-3025
517197277      +E-mail/Text: bnc@nordstrom.com Dec 20 2017 21:48:32     NORDSTROM/TD BANK USA,
                 13531 E CALEY AVE,    ENGLEWOOD, CO 80111-6504
517197281      +EDI: NAVIENTFKASMSERV.COM Dec 20 2017 21:43:00     SALLIE MAE,   PO BOX 9655,
                 WILKES BARRE, PA 18773-9655
517197280      +EDI: SALLIEMAEBANK.COM Dec 20 2017 21:43:00     SALLIE MAE,   PO BOX 3229,
                 WILMINGTON, DE 19804-0229
517197282      +EDI: SEARS.COM Dec 20 2017 21:43:00     SEARS/CBNA,   PO BOX 6282,   SIOUX FALLS, SD 57117-6282
517197283      +E-mail/Text: jennifer.chacon@spservicing.com Dec 20 2017 21:48:56     SPS,   PO Box 65250,
                 Salt Lake City, UT 84165-0250
517197284      +EDI: RMSC.COM Dec 20 2017 21:43:00     SYNCB/BANANA REP,   PO BOX 965005,
                 ORLANDO, FL 32896-5005
517197285      +EDI: RMSC.COM Dec 20 2017 21:43:00     SYNCB/CARE CREDIT,   950 FORRER BLVD,
                 KETTERING, OH 45420-1469
517197286      +EDI: RMSC.COM Dec 20 2017 21:43:00     SYNCB/GAP,   PO BOX 965005,   ORLANDO, FL 32896-5005
517197287      +EDI: RMSC.COM Dec 20 2017 21:43:00     SYNCB/GAPDC,   PO BOX 965005,   ORLANDO, FL 32896-5005
517197288      +EDI: RMSC.COM Dec 20 2017 21:43:00     SYNCB/LORD & TAY,   PO BOX 965015,
                 ORLANDO, FL 32896-5015
517197289      +EDI: RMSC.COM Dec 20 2017 21:43:00     SYNCB/LOWES,   PO BOX 965005,   ORLANDO, FL 32896-5005
517197290      +EDI: RMSC.COM Dec 20 2017 21:43:00     SYNCB/TJX COS,   PO BOX 965005,   ORLANDO, FL 32896-5005
517197291      +EDI: RMSC.COM Dec 20 2017 21:43:00     SYNCB/TJX COS DC,   PO BOX 965015,
                 ORLANDO, FL 32896-5015
517199753      +EDI: RMSC.COM Dec 20 2017 21:43:00     Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517197293       EDI: TDBANKNORTH.COM Dec 20 2017 21:43:00     TD BANK N.A.,   32 CHESTNUT ST,
                 LEWISTON, ME 04240
517197292       EDI: TDBANKNORTH.COM Dec 20 2017 21:43:00     TD BANK N.A.,   70 GRAY RD,   PORTLAND, ME 04105
517197295      +EDI: CITICORP.COM Dec 20 2017 21:43:00     THD/CBNA,   PO BOX 6497,
                 SIOUX FALLS, SD 57117-6497
517197296       EDI: USBANKARS.COM Dec 20 2017 21:43:00     US BK RMS CC,   PO BOX 108,   SAINT LOUIS, MO 63166
                                                                                                TOTAL: 34

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
District/off: 0312-2          User: admin              Page 2 of 2                  Date Rcvd: Dec 20, 2017
                              Form ID: 148             Total Noticed: 40

517197245*     +ALLY FINANCIAL,    200 RENAISSANCE CTR,    DETROIT, MI 48243-1300
517197249*     +CAPITAL ONE,    PO BOX 30253,    SALT LAKE CITY, UT 84130-0253
517197250*     +CAPITAL ONE,    PO BOX 30253,    SALT LAKE CITY, UT 84130-0253
517197254*     +CHASE CARD,    PO BOX 15298,     WILMINGTON, DE 19850-5298
517197255*     +CHASE CARD,    PO BOX 15298,     WILMINGTON, DE 19850-5298
517197256*     +CHASE CARD,    PO BOX 15298,     WILMINGTON, DE 19850-5298
517197257*     +CHASE CARD,    PO BOX 15298,     WILMINGTON, DE 19850-5298
517197258*     +CHASE CARD,    PO BOX 15298,     WILMINGTON, DE 19850-5298
517197259*     +CHASE CARD,    PO BOX 15298,     WILMINGTON, DE 19850-5298
517197260*     +CHASE CARD,    PO BOX 15298,     WILMINGTON, DE 19850-5298
517197261*     +CHASE CARD,    PO BOX 15298,     WILMINGTON, DE 19850-5298
517197262*     +CHASE CARD,    PO BOX 15298,     WILMINGTON, DE 19850-5298
517197263*     +CHASE CARD,    PO BOX 15298,     WILMINGTON, DE 19850-5298
517197264*     +CHASE CARD,    PO BOX 15298,     WILMINGTON, DE 19850-5298
517197267*     +CITI,    PO BOX 6241,    SIOUX FALLS, SD 57117-6241
517197268*     +CITI,    PO BOX 6241,    SIOUX FALLS, SD 57117-6241
517197271*     +DISCOVER FIN SVCS LLC,    PO BOX 15316,    WILMINGTON, DE 19850-5316
517197274*     +DSNB MACYS,    PO BOX 8218,    MASON, OH 45040-8218
517197294*    ++TD BANKNORTH NA,    70 GRAY ROAD,    FALMOUTH ME 04105-2299
              (address filed with court:   TD BANK N.A.,    32 CHESTNUT ST,    LEWISTON, ME 04240)
                                                                                             TOTALS: 0, * 19, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2017 at the address(es) listed below:
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of America,
               NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the registered holders of
               Bear Stearns Asset Backed Securities I Trust 2004-F rsolarz@kmllawgroup.com
              Russell L. Low    on behalf of Debtor Awni   Elias rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              Russell L. Low    on behalf of Joint Debtor Nahieh   Elias rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 5
```